IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JAMES P. SPAIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:15-cv-00774 |
| ) | Judge Trauger |
| JAMES BRIDGES AND CORRECTIONS ) | |
| CORPORATION OF AMERICA, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

On October 24, 2016, the Magistrate Judge issued a Report and Recommendation (DE #45), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the Motion for Summary Judgment filed by the defendants (Docket No. 34) is GRANTED, and this case is DISMISSED with prejudice.

This Order constitutes the judgment in this case.

It is so **ORDERED.**

Enter this 20th day of December 2016.

_____
ALETA A. TRAUGER
U.S. District Judge